UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHILLIP BENJAMIN KITCHENS AS ADMINISTRATOR OF THE ESTATE OF DOROTHY NELL KITCHENS** | **MISC. CASE NO.** 17-mc-134 |
| VS | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICALS U.S.A, INC. AND TAKEDA PHARMACEUTICAL COMPANY LIMITED** | **MAGISTRATE JUDGE HANNA** |

## REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, DOROTHY NELL KITCHENS

This Court, having reviewed Plaintiff's Unopposed Motion to Approve Settlement as to Claims of Phillip Benjamin Kitchens, as Administrator and Derivative Claimant; and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiff, Phillip Benjamin Kitchens, as Administrator and Derivative Claimant; and as legal heir to the Estate of Dorothy Nell Kitchens, deceased, and Takeda, as notice to the Court on  July 25, 2017  be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this <u>1st</u> of <u>August</u>, 2017.

                                           HONORABLE PATRICK J. HANNA
                                           UNITED STATES MAGISTRATE JUDGE